# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marion Binnarr, Jr., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:14-4425-RMG |
| ) | |
| vs. ) | |
| ) | |
| Carolyn D. Colvin, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 34). Plaintiff seeks approval of an attorney's fee in the amount of $9,084.52. The Defendant has advised the Court that she does not oppose the approval of Plaintiff's attorney fee under § 406(b), but correctly notes that upon receipt of the fee award under § 406(b), Plaintiff's counsel is obligated to pay to his client the amount previously awarded by the Court under EAJA. (Dkt. No. 35).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $9,084.52. Plaintiff's counsel has advised the Court that his client has already paid him all amounts due and no further action is required by the Social Security Administration. (Dkt. No. 34-1 at 6).

AND IT IS SO ORDERED.

-2-

_____
Richard Mark Gergel
United States District Judge

December 5, 2016
Charleston, South Carolina